UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WATTS, et al.,

    Plaintiffs,

    v.

CITY OF OAKLAND,

    Defendant.

_____/

No. C 13-80164 MISC

**ORDER DENYING LEAVE TO PRESENT A LATE CLAIM**

    Plaintiff has filed a "notice of application for leave to present late claim" in this court, seeking relief from the City of Oakland's denial of his claim as untimely, and the city's subsequent denial of his application to present a late claim.  The City of Oakland informed plaintiff that, if he wished to file a court action, he "must first petition the appropriate court for an other relieving [him] from the provisions of Government Code 945.5 (claim presentation requirement)."  The city also directed plaintiff to Government Code section 946.6.

    California Government Code section 946.6 does provide that "[i]f an application for leave to present a claim is denied or deemed to be denied pursuant to Section 911.6, a petition may be made to the court for an order relieving the petitioner from Section 945.4."  However, section 946.6 then states that "[t]he proper court for filing the petition is a <u>superior court that would be a proper court for the trial of an action on the cause of action to which the claim relates</u>." (emphasis added).  Thus, plaintiff's request was incorrectly filed in this court.  Because this court does not have the power to transfer this action to state court, the application is DISMISSED without prejudice to it being filed in a proper

forum.

**IT IS SO ORDERED.**

Dated: August 9, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge